JOSEPH CALDRELLO ET AL. *v.* CITY OF NEW LONDON ET AL.

The plaintiffs' petition for certification for appeal from the Appellate Court, 70 Conn. App. 901 (AC 21609), is denied.

SULLIVAN, C. J., did not participate in the consideration or decision of this petition.

*Richard D. Haviland,* in support of the petition.

Decided July 17, 2002

TROY JAYNES *v.* COMMISSIONER OF CORRECTION

The petitioner Troy Jaynes' petition for certification for appeal from the Appellate Court, 70 Conn. App. 904 (AC 21761), is denied.

SULLIVAN, C. J., did not participate in the consideration or decision of this petition.

*Michael A. D'Onofrio,* special public defender, in support of the petition.

*Linda N. Howe,* assistant state's attorney, in opposition.

Decided July 17, 2002